UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SNOQUALMIE VALLEY PRESERVATION ALLIANCE,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES ARMY CORPS OF ENGINEERS,<br><br>    Defendant,<br><br>    v.<br><br>PUGET SOUND ENERGY, INC.<br><br>    Intervenor-Defendant. | C10-1108-JCC<br><br>**MINUTE ORDER** |

This minute order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court upon the motion for a protective order of Defendant United States Army Corps of Engineers. (Dkt. No. 69). In addition to Defendant's motion, this Court has also considered Plaintiff's response (Dkt. No. 71), Defendant's reply (Dkt. No. 73), and the parties' various supporting declarations and exhibits. Having therefore reviewed the record and having concluded that oral argument is unnecessary, the Court hereby DENIES the motion.

//

1 //

DATED this 19th day of January, 2011.

WILLIAM M. McCOOL, Clerk of Court


By  */s/ T. Farrell*
Deputy Clerk